JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN CLARK, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS INCORPORATED., a Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. **5:20-cv-02366-MWF-KK**<br><br>**ORDER TO DISMISS CLASS CLAIMS AND INDIVIDUAL CLAIMS WITHOUT PREJUDICE AND REMAND ACTION TO STATE COURT**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Courtroom: 5A<br><br>Date Filed: September 15, 2020 |

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED as follows:

1. Causes of action 1 through 8 in the operative complaint, and all individual and class claims therein, be dismissed without prejudice. The only cause of action to remain in this Action is Plaintiff's Ninth

Cause of Action alleging Violation of the Private Attorneys General Act [Labor Code §§ 2698, et seq.]; and.

2. This Action is remanded to state court for lack of jurisdiction pursuant to *Canela v. Costco Wholesale Corp.*, 971 F.3d 845 (9th Cir. 2020); *Urbino v. Orkin Servs. of Cal.*, 726 F.3d 1118 (9th Cir. 2013); *Baumann v. Chase Inv. Servs. Corp.*, 747 F.3d 1117 (9th Cir. 2014); and *Miss. ex rel. Hood v. AU Optronics Corp.*, 571 U.S. 161 (2014).

Dated:  December 10, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE